LAW OFFICES
**PECK & LOEWE**
A PROFESSIONAL CORPORATION
ALLAN P. LOEWE (State Bar No. 61928)
32123 LINDERO CANYON ROAD, SUITE 209
WESTLAKE VILLAGE, CALIFORNIA 91361
TEL 818/707-1028 • FAX 818/707-1029

Attorneys for **Defendant BOEING CAPITAL CORPORATION**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOBINA KAHDIAN,<br><br>Plaintiff,<br><br>vs.<br><br>BOEING CAPITAL CORPORATION, STEVEN WILLIAMSON, STEVEN E. GRAY, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: CV05-4252 GAF (CTx)<br><br>[Judge Gary A. Feess, Courtroom 740]<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON**<br><br>[Federal Rules of Civil Procedure, Rule 41(a)(1)]<br><br>Trial Date: August 8, 2006 |

TO THE HONORABLE GARY A. FEESS, AND ALL PARTIES IN INTEREST:

Plaintiff ROOBINA KAHDIAN and Defendant BOEING CAPITAL CORPORATION hereby stipulate and agree as follows:

WHEREAS: Plaintiff ROOBINA KAHDIAN originally brought this action against Defendants BOEING CAPITAL CORPORATION, STEVEN WILLIAMSON, and STEVEN E. GRAY.

/////

1

STIPULATION RE: DISMISSAL WITH PREJUDICE

1  WHEREAS: On May 19, 2005, when this matter was pending in state
2  court, the Court dismissed the individual Defendants, STEVEN WILLIAMSON
3  and STEVEN E. GRAY, due to Plaintiff's failure to timely serve said named
4  Defendants.

6  WHEREAS: The only remaining named Defendant in this matter is
7  BOEING CAPITAL CORPORATION.

9  WHEREAS: Shegerian and Associates represents Plaintiff ROOBINA
10 KAHDIAN and enters into this Stipulation on her behalf;

12 WHEREAS: Law Offices Peck and Loewe, a Professional Corporation,
13 represents Defendant BOEING CAPITAL CORPORATION and enters into this
14 Stipulation on its behalf;

16 WHEREAS: Plaintiff voluntarily intends and agrees to dismiss this entire
17 action, with prejudice.

19 **IT IS AGREED TO AND STIPULATED THAT:**

21 Pursuant to Federal Rules of Civil Procedure, Rule 41 (a) (1), Plaintiff
22 ROOBINA KAHDIAN shall dismiss, *with prejudice*, this entire action, bearing
23 case number CV05-4252 GAF (CTx).

25 DATED:
26 June 7, 2006
27                                   _____
                                    ROOBINA KAHDIAN, Plaintiff

2
**STIPULATION RE: DISMISSAL WITH PREJUDICE**

IT IS SO AGREED TO AND STIPULATED:

DATED: June 7, 2006                    SHEGERIAN AND ASSOCIATES, INC.

By _____
CARNEY R. SHEGERIAN, Attorney for
Plaintiff ROOBINA KAHDIAN

IT IS SO AGREED TO AND STIPULATED:

DATED:                                  BOEING CAPITAL CORPORATION

By: _____

DATED:                                  LAW OFFICES PECK & LOEWE
                                        A Professional Law Corporation

By _____
ALLAN P. LOEWE, Attorney for
Defendant BOEING CAPITAL
CORPORATION

/////
/////

---
3
**STIPULATION RE: DISMISSAL WITH PREJUDICE**

1 | **IT IS SO AGREED TO AND STIPULATED:**

2

3 | DATED:                                    SHEGERIAN AND ASSOCIATES, INC.

4

5 |                                           By_____
6 |                                                CARNEY R. SHEGERIAN, Attorney
                                                 for Plaintiff ROOBINA KAHDIAN

7

8 | **IT IS SO AGREED TO AND STIPULATED:**

9

10 | DATED:                                   BOEING CAPITAL CORPORATION
11 |  6/16/06
12 |                                          By: _____

13

14

15 | DATED: 6/12/06                           LAW OFFICES PECK & LOEWE
                                             A Professional Law Corporation
16

17

18 |                                          By_____
                                                ALLAN P. LOEWE, Attorney for
19 |                                             Defendant BOEING CAPITAL
                                                CORPORATION

20

21

22

23

24

25

26

27 | /////
28 | /////

---

3

**STIPULATION RE: DISMISSAL WITH PREJUDICE**

## ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), case number CV05-4252 GAF (CTx) shall be and is hereby dismissed, with prejudice.

DATED: 6/27/06

JUDGE OF THE U.S. DISTRICT COURT